**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02303-PAB

GARY DEWILLIAMS,

    Petitioner,

v.

RENE R. GARCIA, Warden, Englewood,

    Respondent.

**FINAL JUDGMENT**

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Denying Application for a Writ of Habeas Corpus of Judge Philip A. Brimmer entered on July 17, 2014 it is

    ORDERED that the Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [1] filed August 26, 2013, is denied.

    Dated at Denver, Colorado this 17th day of July, 2014.

                                        FOR THE COURT:
                                        JEFFREY P. COLWELL, CLERK

                           By:  s/   Jennifer Hawkins
                                        Jennifer Hawkins
                                        Deputy Clerk